**Motion to Supplement Denied; Motion to Seal Denied in Part; Order filed December 31, 2019**



### In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00807-CV
_____

## JOHN WASHINGTON, KAREN CLARK, MATTHEW ROACH, KIMBERLY GATES, AND TUV RHEINLAND AIA SERVICES, LLC, Appellants

## V.

## ONECIS INSURANCE COMPANY, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-60173**

### ORDER

On November 25, 2019, appellee filed a motion, asking this court seal:

- Plaintiff's Exhibit Nos. 17-18, 20, and 22-36;

- Defendants' Exhibit Nos. 1 and 2;

- Defendants' Exhibits 4, 8-13, and 18;

- Exhibits 4 and 9 to the Deposition of Karen Ann Clark;

- Exhibit 12 to the Deposition of Matthew Roach; and

- Exhibit 9 to the Deposition of Gary Andrews

Appellee has not provided this court with a permanent sealing order from the trial court that complies with the requirements of Rule 76a of the Texas Rules of Civil Procedure that seals the requested exhibits. Among other things, Rule 76a requires the sealing order to state, "the specific reasons for finding and concluding whether the showing required by paragraph 1, has been made; the specific portions of court records which are to be sealed; and the time period for which the sealed portions of the court records are to be sealed." Tex. R. Civ. P. 76a(6).

Appellee has **30 days** from the date of this order, to provide a supplemental clerk's record with a permanent sealing order pertaining to the above listed documents that complies with Rule 76a. Failure to do so will result in the denial of appellee's motion.

In its motion, appellee further requested this court supplement its appellate record with an exhibit and a deposition that was not a part of the underlying proceeding. That motion is denied.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.